AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Rice, David E. | 2. Court or Organization  U.S. Bankruptcy Court, District of MD | 3. Date of Report  04/26/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Bankruptcy Judge - active | 5a. Report Type (check appropriate type)  ☐ Nomination    Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

101 W. Lombard Street
Chambers 9636
Baltimore, MD 21201

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President | Egenton Home, Inc. |
| 2. Trustee | Trust #1 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, David E. | 04/26/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 10/9-11/2017 | Las Vegas, NV | Seminar | Hotel |
| 2. | American Bankruptcy Institute | 8/3-8/5/2017 | Hershey, PA | Seminar | Hotel |
| 3. | Bankruptcy Bar Association for the District of Maryland | 5/4-5/5/2017 | Annapolis, MD | Seminar | Meals, hotel |
| 4. | Federal Judicial Center | 3/13-3/15/2017 | Charleston, S.C. | Seminar | Hotel, travel |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, David E. | 04/26/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. Dept. of Education | Student loans | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, David E. | 04/26/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Bank Accounts | A | Interest | M | T | | | | | |
| 2. Pentagon FCU Account | A | Interest | J | T | | | | | |
| 3. APG FCU Account | A | Interest | J | T | | | | | |
| 4. USAA Federal Accounts | A | Interest | K | T | | | | | |
| 5. New Perspective Mutual Fund | C | Dividend | L | T | | | | | |
| 6. McCormick Common (MKC) | B | Dividend | L | T | | | | | |
| 7. PNC Bank IRA's CD's | A | Interest | K | T | | | | | |
| 8. TD Ameritrade Money Market Account | A | Interest | J | T | | | | | |
| 9. Facebook, Inc. (FB) | | None | K | T | | | | | |
| 10. Groupon, Inc. (GRPN) | | None | J | T | | | | | |
| 11. Netflix, Inc. (NFLX) | | None | J | T | | | | | |
| 12. Eastman Kodak Warrants | | None | | | Sold | 11/29/17 | J | A | |
| 13. Zynga, Inc. (ZNGA) | | None | J | T | | | | | |
| 14. Square, Inc. (SQ) | | None | J | T | Sold (part) | 11/29/17 | J | B | |
| 15. Snap, Inc. (SNAP) | | None | J | T | Buy | 07/18/17 | J | | |
| 16. Blue Apron Holdings, Inc. (APRN) | | None | J | T | Buy | 08/07/17 | J | | |
| 17. | | | | | Buy (add'l) | 08/18/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, David E. | 04/26/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 11/29/17 | J | | |
| 19. Brokerage Account #1 (H) | | | | | | | | | |
| 20. Pimco Short Term Bond Fund (PTSPX) | A | Dividend | J | T | Buy (add'l) | 02/17/17 | J | | |
| 21. | | | | | Buy (add'l) | 07/07/17 | J | | |
| 22. Matthews Asian Japan Inv. Fund (MJFOX) | A | Dividend | J | T | Buy (add'l) | 02/17/17 | J | | |
| 23. | | | | | Buy (add'l) | 07/07/17 | J | | |
| 24. Artisan Midcap Value Inv. Fund (ARTOX) | A | Dividend | | | Buy (add'l) | 02/17/17 | J | | |
| 25. | | | | | Buy (add'l) | 07/07/17 | J | | |
| 26. | | | | | Sold | 11/17/17 | K | A | |
| 27. EV Income Fund of Boston A (EVIBX) | A | Dividend | J | T | Buy (add'l) | 02/17/17 | J | | |
| 28. | | | | | Sold (part) | 07/17/17 | J | A | |
| 29. Ivy Mid Cap Growth A Fund (WMGAX) | A | Dividend | K | T | Buy (add'l) | 02/17/17 | J | | |
| 30. | | | | | Buy (add'l) | 07/07/17 | J | | |
| 31. Morgan Stanley Bank account (formerly Citibank deposit account) | A | Interest | J | T | | | | | |
| 32. IBM Common (IBM) | A | Dividend | K | T | | | | | |
| 33. Invesco Van Kampen Comstock Fund (ACSTX) | B | Dividend | L | T | Buy (add'l) | 02/17/17 | J | | |
| 34. | | | | | Sold (part) | 07/07/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, David E. | 04/26/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Cambiar Small Cap Fund (CAMSX) | A | Dividend | J | T | Buy (add'l) | 02/17/17 | J | | |
| 36. | | | | | Buy (add'l) | 07/07/17 | J | | |
| 37. Alliance Bernstein Small Cap Growth Fund (QUAYX) | A | Dividend | J | T | Buy (add'l) | 02/17/17 | J | | |
| 38. | | | | | Buy (add'l) | 07/07/17 | J | | |
| 39. Columbia Select Large Cap Growth Fund (UMLGX) | A | Dividend | L | T | Buy (add'l) | 02/17/17 | J | | |
| 40. | | | | | Buy (add'l) | 07/07/17 | J | | |
| 41. Nuveen Tradewinds International Value Fund (NAIGX) | B | Dividend | K | T | Buy (add'l) | 02/17/17 | J | | |
| 42. | | | | | Sold (part) | 07/07/17 | J | A | |
| 43. Pimco Total Return Fund (PTTDX) | A | Dividend | K | T | Buy (add'l) | 02/17/17 | J | | |
| 44. | | | | | Buy (add'l) | 07/07/17 | J | | |
| 45. American EuroPacific Growth Fund (AEPFX) | A | Dividend | K | T | Buy (add'l) | 02/17/17 | J | | |
| 46. | | | | | Sold (part) | 07/07/17 | J | A | |
| 47. Bank United, NA (CD) | A | Interest | | | Matured | 02/17/17 | K | A | |
| 48. Blackrock Low Dur Bond Fund Inv A (BLDAX) | A | Dividend | K | T | Buy (add'l) | 02/17/17 | J | | |
| 49. | | | | | Sold (part) | 07/07/17 | J | A | |
| 50. Hartford Schroder Emerging Markets Equity Fund (SEMNX) | A | Dividend | K | T | Buy (add'l) | 02/17/17 | J | | |
| 51. (formerly Schroder Emerging Markets Equity Fund) | | | | | Sold (part) | 07/07/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, David E. | 04/26/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Blackrock Inflation Prot. Bond Fund (BPRIX) | A | Dividend | K | T | Buy (add'l) | 02/17/17 | J | | |
| 53. | | | | | Buy (add'l) | 07/17/17 | J | | |
| 54. iShares S&P Mid-Cap 400 Value Fund (IJJ) | A | Dividend | K | T | Buy | 11/17/17 | K | | |
| 55. IRA #1 (H) | | | | | | | | | |
| 56. Cambiar International Equity Fund (CAMIX) | B | Dividend | | | Buy (add'l) | 04/06/17 | J | | |
| 57. | | | | | Sold | 09/28/17 | L | E | |
| 58. SPDR Barclays Capital High Yield Bond ETF (JNK) | A | Dividend | | | Buy (add'l) | 04/06/17 | J | | |
| 59. | | | | | Sold | 09/28/17 | J | A | |
| 60. MSLiquidAssetFund (now MS Private Bank, N.A.) | A | Interest | J | T | | | | | |
| 61. Vanguard Mid-Cap Value Index Fund (VOE) | A | Dividend | | | Sold (part) | 04/06/17 | J | C | |
| 62. | | | | | Sold | 09/28/17 | J | D | |
| 63. Cambiar Opportunity Fund (CAMWX) | B | Dividend | | | Sold (part) | 04/06/17 | K | C | |
| 64. | | | | | Sold | 09/28/17 | L | D | |
| 65. Cohen and Steers Realty Shares Fund (CSRSX) | A | Dividend | | | Buy (add'l) | 01/03/17 | J | | |
| 66. | | | | | Buy (add'l) | 04/06/17 | J | | |
| 67. | | | | | Sold | 09/28/17 | J | A | |
| 68. Godman Sachs Absolute Return Fund (GJRTX) | A | Dividend | K | T | Buy (add'l) | 04/06/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, David E. | 04/26/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 09/28/17 | J | | |
| 70. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 71. Ivy Mid Cap Growth Fund (IYMIX) | A | Dividend | | | Sold (part) | 04/06/17 | J | B | |
| 72. | | | | | Sold | 09/28/17 | J | C | |
| 73. JP Morgan Dynamic Small Cap Growth Fund (JDSCX) | A | Dividend | | | Sold (part) | 04/06/17 | J | A | |
| 74. | | | | | Sold | 09/28/17 | J | C | |
| 75. Mainstay Large Cap Growth Fund (MLAIX) | A | Dividend | | | Buy (add'l) | 01/03/17 | J | | |
| 76. | | | | | Sold (part) | 04/06/17 | K | C | |
| 77. | | | | | Sold | 09/28/17 | L | D | |
| 78. Royce Premier Fund (RYPRX) | A | Dividend | | | Sold (part) | 04/06/17 | J | A | |
| 79. | | | | | Sold | 09/28/17 | J | A | |
| 80. Guggenheim ManFutStratFD (RYMFX) | A | Dividend | | | Buy (add'l) | 01/03/17 | J | | |
| 81. | | | | | Buy (add'l) | 04/06/17 | J | | |
| 82. | | | | | Sold | 04/24/17 | K | A | |
| 83. Wells Fargo Adv Em Markets Growth Fund (EMGYX) | A | Dividend | | | Buy (add'l) | 04/06/17 | J | | |
| 84. | | | | | Sold | 09/28/17 | L | D | |
| 85. Vanguard Short Term Bond Fund (BSV) | A | Dividend | | | Buy (add'l) | 01/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, David E. | 04/26/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 04/06/17 | J | A | |
| 87. | | | | | Sold | 09/28/17 | K | A | |
| 88. Harding Loevner Int'l Equity Fund (HLMIX) | A | Dividend | | | Buy (add'l) | 04/06/17 | J | | |
| 89. | | | | | Sold | 09/28/17 | L | E | |
| 90. Metropolitan West Total Return Bond Fund (MWTIX) | A | Dividend | | | Buy (add'l) | 01/03/17 | J | | |
| 91. | | | | | Buy (add'l) | 04/06/17 | J | | |
| 92. | | | | | Sold | 09/28/17 | L | A | |
| 93. Alerian MLP ETF (AMLP) | B | Dividend | | | Buy (add'l) | 04/06/17 | J | | |
| 94. | | | | | Sold | 09/28/17 | K | A | |
| 95. Templeton Int'l Bond Fund (FIBZX) | A | Dividend | | | Sold | 04/06/17 | J | A | |
| 96. John Hancock Seaport Fund (JSFDX) | A | Dividend | | | Buy (add'l) | 01/03/17 | J | | |
| 97. | | | | | Buy (add'l) | 04/06/17 | J | | |
| 98. | | | | | Sold | 09/28/17 | K | B | |
| 99. Pimco Enhanced Shrt ETF (MINT) | A | Dividend | | | Buy (add'l) | 01/03/17 | J | | |
| 100. | | | | | Buy (add'l) | 04/06/17 | J | | |
| 101. | | | | | Sold | 09/28/17 | J | A | |
| 102. AQR Managed Futures Strategy Fund (AQMIX) | A | Dividend | | | Buy | 04/24/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 09/28/17 | K | A | |
| 104. iShares Inc. MSCI Japan ETF (EWJ) | A | Dividend | | | Buy | 04/06/17 | J | | |
| 105. | | | | | Sold | 09/28/17 | J | A | |
| 106. iShares JPMorgan Em Bond ETF | A | Dividend | | | Buy | 04/06/17 | J | | |
| 107. | | | | | Sold | 09/28/17 | J | A | |
| 108. American Centruy Emerging Mkts Fund (AMKIX) | A | Dividend | L | T | Buy | 09/28/17 | L | | |
| 109. | | | | | Sold (part) | 12/18/17 | J | A | |
| 110. Janus Henderson Int'l Opportunity Fund (HFOIX) | A | Dividend | K | T | Buy | 09/28/17 | K | | |
| 111. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 112. Vanguard FTSE Developed Mkts Fund (VEA) | A | Dividend | K | T | Buy | 09/28/17 | K | | |
| 113. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 114. iShares S&p 500 Valve ETF (IVE) | A | Dividend | K | T | Buy | 09/28/17 | K | | |
| 115. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 116. iShares S&P 500 Growth ETF (IVW) | A | Dividend | K | T | Buy | 09/28/17 | K | | |
| 117. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 118. Baron Small Cap Inst Fund (BSFIX) | A | Dividend | K | T | Buy | 09/28/17 | K | | |
| 119. | | | | | Sold (part) | 12/18/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, David E. | 04/26/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Touchstone Sands Capital Select Growth Fund (CFSIX) | A | Dividend | K | T | Buy | 09/28/17 | K | | |
| 121. | | | | | Sold (part) | 12/18/17 | J | A | |
| 122. Royce Opportunity Fund (RYPNX) | A | Dividend | K | T | Buy | 09/28/17 | K | | |
| 123. | | | | | Sold (part) | 12/18/17 | J | A | |
| 124. Oppenheimer Large Cap Revenue ETF (RWL) | A | Dividend | K | T | Buy | 09/28/17 | K | | |
| 125. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 126. Prudential Jennison Mid-Cap Growth Fund (PEGZX) | A | Dividend | K | T | Buy | 09/28/17 | K | | |
| 127. | | | | | Sold (part) | 12/18/17 | J | A | |
| 128. iShares S&P Mid-Cap 400 Value ETF (IJJ) | A | Dividend | K | T | Buy | 09/28/17 | K | | |
| 129. | | | | | Sold (part) | 12/18/17 | J | A | |
| 130. Wisdomtree Managed Futures Strategy ETF (WDTI) | A | Dividend | K | T | Buy | 09/28/17 | K | | |
| 131. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 132. Abbey Capital Futures Strategy Fund (ABYIX) | A | Dividend | J | T | Buy | 12/18/17 | J | | |
| 133. IRA #2 (H) | | | | | | | | | |
| 134. Morgan Stanley Bank deposit account | A | Interest | J | T | | | | | |
| 135. Bank Baroda (CD) | A | Interest | | | Matured | 02/23/17 | K | A | |
| 136. Wells Fargo Bank (CD) | A | Interest | | | Sold | 02/17/17 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Wells Fargo Bank (CD) | A | Interest | | | Sold | 02/17/17 | K | A | |
| 138.  Eaton Vance Tax Managed Income Fund (ETB) | C | Dividend | K | T | Buy | 02/17/17 | K | | |
| 139. | | | | | Buy (add'l) | 02/24/17 | J | | |
| 140. | | | | | Buy (add'l) | 09/28/17 | K | | |
| 141.  iShares Cohen & Steers REIT Fund (ICF) | B | Dividend | K | T | Buy | 02/17/17 | K | | |
| 142. | | | | | Buy (add'l) | 02/24/17 | J | | |
| 143. | | | | | Buy (add'l) | 09/28/17 | K | | |
| 144.  iShares IBOXX Inv. Grade Corp. Bond Fund (LQD) | B | Dividend | K | T | Buy | 02/17/17 | K | | |
| 145. | | | | | Buy (add'l) | 02/24/17 | J | | |
| 146. | | | | | Buy (add'l) | 09/28/17 | K | | |
| 147.  Powershares S&P 500 High Div Portfolio (SPHD) | B | Dividend | K | T | Buy | 02/17/17 | K | | |
| 148. | | | | | Buy (add'l) | 02/24/17 | J | | |
| 149. | | | | | Buy (add'l) | 09/28/17 | K | | |
| 150.  SPDR BBG Barclays Convertible Sec. Fund (CWB) | B | Dividend | K | T | Buy | 02/17/17 | K | | |
| 151. | | | | | Buy (add'l) | 02/24/17 | J | | |
| 152. | | | | | Buy (add'l) | 09/28/17 | K | | |
| 153.  SPDR S&P Dividend Fund (SDY) | A | Dividend | K | T | Buy | 02/17/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, David E. | 04/26/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 02/24/17 | J | | |
| 155. | | | | | Buy (add'l) | 09/28/17 | K | | |
| 156. Voya Global Advantage Fund (IGA) | C | Dividend | K | T | Buy | 02/17/17 | K | | |
| 157. | | | | | Buy (add'l) | 02/24/17 | J | | |
| 158. | | | | | Buy (add'l) | 09/28/17 | K | | |
| 159. AB High Income Fund (AGDYX) | B | Dividend | K | T | Buy | 02/17/17 | J | | |
| 160. | | | | | Buy (add'l) | 02/24/17 | J | | |
| 161. | | | | | Buy (add'l) | 09/28/17 | K | | |
| 162. Goldman Sachs Strategic Income Fund (GSZIX) | A | Dividend | K | T | Buy | 02/17/17 | K | | |
| 163. | | | | | Buy (add'l) | 02/24/17 | J | | |
| 164. | | | | | Buy (add'l) | 09/28/17 | K | | |
| 165. Janus Henderson Global Equity Income Fund (HFQIX) | C | Dividend | K | T | Buy | 02/17/17 | K | | |
| 166. | | | | | Buy (add'l) | 02/24/17 | J | | |
| 167. | | | | | Buy (add'l) | 09/28/17 | K | | |
| 168. Principal Preferred Securities Fund (PPSIX) | B | Dividend | K | T | Buy | 02/17/17 | K | | |
| 169. | | | | | Buy (add'l) | 02/24/17 | J | | |
| 170. | | | | | Buy (add'l) | 09/28/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, David E. | 04/26/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Prudential Absolute Return Bond Fund (PADZX) | B | Dividend | K | T | Buy | 02/17/17 | K | | |
| 172. | | | | | Buy (add'l) | 02/24/17 | J | | |
| 173. | | | | | Buy (add'l) | 09/28/17 | K | | |
| 174. Trust #1 (H) | | | | | | | | | |
| 175. Comerica Bank deposit account | | None | J | T | | | | | |
| 176. MBIA Bond | B | Interest | K | T | | | | | |
| 177. Spectra Energy Common (SE) (now Enbridge, Inc. (ENB)) | A | Dividend | J | T | | | | | |
| 178. Allianzgi Income Growth Fund (AZNCX) | B | Dividend | K | T | | | | | |
| 179. AMG Yacktman Service Fund (YACKX) | A | Dividend | | | Sold | 10/18/17 | K | A | |
| 180. First Eagle Global Income Builder Fund (FEBIX) | A | Dividend | | | Sold | 05/01/17 | J | A | |
| 181. Invesco High Yield Municipal Fund (ACTDX) | A | Dividend | J | T | | | | | |
| 182. PIMCO Income Fund (PONPX) | A | Dividend | J | T | | | | | |
| 183. First Trust MLP Fund (FEI) | A | Dividend | J | T | | | | | |
| 184. Henderson Global Fund (HFQIX) (now Janus Henderson Global Equity Fund) | A | Dividend | J | T | Buy (add'l) | 10/18/17 | J | | |
| 185. Nexpoint Credit Strategies Fund (NHF) | A | Dividend | J | T | | | | | |
| 186. Guggenheim Floating Rate Fund (GIFIX) | A | Dividend | J | T | | | | | |
| 187. Lord Abbett Floating Rate Fund (LFRFX) | A | Dividend | J | T | Buy (add'l) | 10/18/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, David E. | 04/26/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Nuveen Real Asset Income Fund | A | Dividend | J | T | Buy | 05/01/17 | J | | |
| 189. | | | | | Buy (add'l) | 10/18/17 | J | | |
| 190. Mineral Rights, Dimmit County, TX | | None | K | W | | | | | |
| 191. Mineral Rights, Canadian County, OK | A | Royalty | K | W | | | | | |
| 192. Mineral Rights, Franklin County, AR | | None | K | W | | | | | |
| 193. Mineral Rights, Lincoln County, OK | | None | K | W | | | | | |
| 194. Mineral Rights, Pontotoc County, OK | | None | K | W | | | | | |
| 195. PNC Bank (CD) | A | Interest | L | T | | | | | |
| 196. M&T Bank Accounts | A | Interest | M | T | | | | | |
| 197. Bank of America Accounts | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, David E. | 04/26/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David E. Rice**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544